Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-420-954**

**Effective Date of Registration:**
October 11, 2024

**Registration Decision Date:**
November 06, 2024

---

## Title

Title of Work: FLOWERING-green

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: December 12, 2016
Nation of 1st Publication: Portugal

## Author

- Author: Mariia Taktasheva
  Pseudonym: Maria Galybina
  Author Created: 2-D artwork
  Citizen of: Russia

## Copyright Claimant

Copyright Claimant: Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

Name: Mariia Taktasheva
Email: maria.galybina@gmail.com
Address: Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

Name: David Denholm
Date: October 11, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-667**

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 27, 2024

## Title

**Title of Work:** TROPIC-blue

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 05, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Mariia Taktasheva
  **Pseudonym:** Maria Galybina
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

**Name:** Mariia Taktasheva
**Email:** maria.galybina@gmail.com
**Address:** Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

**Name:** David Denholm
**Date:** October 11, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-423-473**

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 26, 2024

## Title
| | |
|---|---|
| **Title of Work:** | CHEETAH-green |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 20, 2020 |
| **Nation of 1st Publication:** | Portugal |

## Author
| | |
|---|---|
| **Author:** | Mariia Taktasheva |
| **Pseudonym:** | Maria Galybina |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Mariia Taktasheva |
| | Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal |

## Rights and Permissions
| | |
|---|---|
| **Name:** | Mariia Taktasheva |
| **Email:** | maria.galybina@gmail.com |
| **Address:** | Travessa dos Inglesinhos 27-4B |
| | Lisbon 1200- 222 Portugal |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 11, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-318

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024



## Title

| | |
|---|---|
| **Title of Work:** | lighthouse2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 14, 2017 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| • **Author:** | Mariia Taktasheva |
| **Pseudonym:** | Maria Galybina |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mariia Taktasheva |
| | Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mariia Taktasheva |
| **Email:** | maria.galybina@gmail.com |
| **Address:** | Travessa dos Inglesinhos 27-4B |
| | Lisbon 1200- 222 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 11, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-321**

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024



## Title

**Title of Work:** Banana Leaves17

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 15, 2019
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Mariia Taktasheva
  **Pseudonym:** Maria Galybina
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Mariia Taktasheva
Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal

## Rights and Permissions

**Name:** Mariia Taktasheva
**Email:** maria.galybina@gmail.com
**Address:** Travessa dos Inglesinhos 27-4B
Lisbon 1200- 222 Portugal

## Certification

**Name:** David Denholm
**Date:** October 11, 2024



...

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-322**

**Effective Date of Registration:**
October 11, 2024
**Registration Decision Date:**
November 25, 2024

## Title
| | |
|---|---|
| Title of Work: | COLORFUL WAVES38 |

## Completion/Publication
| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | September 10, 2015 |
| Nation of 1st Publication: | Portugal |

## Author
| | |
|---|---|
| Author: | Mariia Taktasheva |
| Pseudonym: | Maria Galybina |
| Author Created: | 2-D artwork |
| Citizen of: | Russia |

## Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | Mariia Taktasheva |
| | Travessa dos Inglesinhos 27-4B, Lisbon, 1200- 222, Portugal |

## Rights and Permissions
| | |
|---|---|
| Name: | Mariia Taktasheva |
| Email: | maria.galybina@gmail.com |
| Address: | Travessa dos Inglesinhos 27-4B |
| | Lisbon 1200- 222 Portugal |

## Certification
| | |
|---|---|
| Name: | David Denholm |
| Date: | October 11, 2024 |

