**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIIA TAKTASHEVA,

   Plaintiff,           Case No.: 1:25-cv-05222

v.                Judge Matthew F. Kennelly

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Jeffrey T. Gilbert
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION

Plaintiff, MARIIA TAKTASHEVA ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests that Plaintiff be given leave to file Plaintiff's brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order in excess of 15 pages. As part of the TRO, Plaintiff seeks: (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Infringing Mariia Taktasheva Products; (2) a temporary restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting; (3) expedited discovery allowing Plaintiff to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of Infringing Mariia Taktasheva Products and Defendants' financial accounts; and (4) service by electronic mail and/or electronic publication (collectively, the "*Ex Parte* Motion for TRO"). Plaintiff's *Ex Parte* Motion for TRO includes four (4) distinct issues regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each issue that should be considered. Plaintiff's brief is less than 25 pages, which is substantially less than the 60-page limit allowed if four motions were filed separately. Plaintiff, therefore,

respectfully requests that Plaintiff be granted leave to file a combined brief in excess of 15 pages

for purposes of efficiency.

DATED: May 12, 2025          Respectfully submitted,

                                  */s/ Keith A. Vogt*
                                  Keith A. Vogt (Bar No. 6207971)
                                  Keith Vogt, Ltd.
                                  33 W Jackson Boulevard, #2W
                                  Chicago, Illinois 60604
                                  Telephone: 312-971-6752
                                  E-mail: keith@vogtip.com

                                  **ATTORNEY FOR PLAINTIFF**