**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: MARIIA TAKTASHEVA,      Case Number: 1:25-cv-05222
               v.
THE PARTNERSHIPS AND UNINC.
ASSOC. IDENTIFIED ON SCHEDULE "A",

An appearance is hereby filed by the undersigned as attorney for:
Defendant Ekouaer Loungewear (Defendant #11)

Attorney name (type or print): Ivan M. Posey

Firm: LEECH TISHMAN NELSON HARDIMAN

Street address: 1100 Glendon Avenue, 14th Floor

City/State/Zip: Los Angeles, CA 90024

Bar ID Number: CA Bar No. 196386     Telephone Number: (626) 796-4000
(See item 3 in instructions)

Email Address: iposey@leechtishman.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you a
    ☐ Federal Defender
    ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 4, 2025

Attorney signature: /S/ Ivan M. Posey
                (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023