# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** Mariia Taktasheva v. The Partnerships and Unincorporated Associations Identified on Schedule A

**Case Number:** 1:25-cv-05222

An appearance is hereby filed by the undersigned as attorney for:

Astrkiz Home Decor and Alwayspon

**Attorney name (type or print):** David Silver

**Firm:** BAYRAMOGLU LAW OFFICES LLC

**Street address:** 1540 West Warm Springs Road, Suite 100

**City/State/Zip:** Henderson Nevada 89014

**Bar ID Number:** 15641
(See item 3 in instructions)

**Telephone Number:** 702.462.5973

**Email Address:** david@bayramoglu-legal.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Executed on** June 11, 2025

**Attorney signature:** S/ *David Silver*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023