IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIIA TAKTASHEVA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-05222

Judge Matthew F. Kennelly

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | yanjinbin |
| 2 | KUIZEE |
| 3 | XBdian |
| 4 | YoKii |
| 5 | Guest Ruyunlai |
| 6 | ElliTarr |
| 7 | House KLL |
| 12 | Baolinhe |
| 14 | Jintina |
| 16 | WOWARKI |
| 17 | LoudSung Design |
| 21 | HFDVSGJN |
| 22 | bozhouzhuyeyuan |
| 25 | DoMouse |
| 27 | HofensDirect |
| 28 | ocenuttldat |
| 31 | FUGIDOG |
| 32 | Hanihan |
| 35 | HYFKHJU |
| 38 | Yuan Binnan |

| | |
|---|---|
| 40 | WHBAG |
| 42 | Hong ming he |
| 43 | Honest department store |
| 44 | ZHIHUISM |
| 45 | Mor Diaen |
| 47 | Gssyndra |
| 48 | Juntimehi |
| 50 | MoslionDirect |
| 51 | Laidehusat |
| 57 | Erica Acsaw |
| 59 | InGeauwn |
| 60 | changpenghuiwu |
| 61 | Anmbsk |
| 64 | Beverly ford |
| 65 | MJNKHJ |
| 69 | Xy_god |
| 71 | zhengwycbd22 |
| 72 | YanYueShop |
| 73 | Lemsdee Direct |
| 75 | KHSFHSN |
| 76 | YQJS |
| 78 | Nangou |
| 79 | fanlongdexiaodian |
| 80 | AO-NINEONE |
| 81 | CCChaorann |
| 84 | Ddeqiang |
| 87 | Monica Archu |
| 88 | Harvey Senck |
| 89 | dweobolufz |
| 91 | Alwayspon |
| 92 | JackDave |
| 96 | 2024 Black friday Deals Christmas Sale |
| 99 | RMXEi |
| 104 | SUNNEGOD |
| 105 | shsemo |
| 106 | huangxiaoyann |
| 110 | JONEEWELL |
| 111 | valuevintage |
| 112 | zhimidianzi |
| 113 | JinXiangYang |
| 120 | AutumnChi |
| 121 | Astrkiz Home Decor |
| 123 | LAKYBUYBIBUYBI |
| 127 | Beautiful Quality Home Shop |

| | |
|---|---|
| 130 | Hungeen |
| 131 | YALOPO |
| 133 | zanlin |
| 134 | TING YEAH |
| 135 | AAGGO |
| 138 | SWEET-HOME-ART |
| 141 | Fustar Collection |
| 142 | Domeca Collection |
| 143 | Unishion |
| 144 | Hossion |
| 145 | NEW5 |
| 146 | Desmond Tins |
| 147 | Jultimee |
| 148 | Mayhome |
| 149 | Blueangle |
| 150 | IBA CRAFTS |
| 151 | SENSHUOM |
| 152 | IBA CRAFTS PVT. LTD. |
| 154 | chaungerq |
| 158 | Sicangda Co., Ltd. |
| 159 | zhangwenjing |
| 160 | Lottex shop |
| 161 | jibange |
| 164 | Juoritu |
| 179 | Philocolor |

DATED: June 22, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 22, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt