IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIIA TAKTASHEVA, | |
| Plaintiff, | Case No.: 1:25-cv-05222 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff and Defendant Nos. 83 BSCstore and 85 Amoi Channel identified on the Schedule A of the Complaint, file this joint Stipulation of Voluntary Dismissal, with prejudice. Each party is to bear its own attorneys' fees, costs, and expenses.

DATED: August 18, 2025                                    Respectfully submitted,

*/s/ Keith A. Vogt*                                              */s/ John D. Tran*
Keith A. Vogt (Bar No. 6207971)                   John D. Tran
Keith Vogt, Ltd.                                                *Rhema Law Group, P.C.*
33 West Jackson Boulevard, #2W                 (ILND Bar No. 231761)
Chicago, Illinois 60604                                    1 Park Plaza, Ste. 600
Telephone: 312-971-6752                              Irvine, CA 92614
E-mail: keith@vogtip.com                             jdt@rhemalaw.com

**ATTORNEY FOR PLAINTIFF**                **ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 18, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                             */s/ Keith A. Vogt*
                                                             Keith A. Vogt